02-12-442&443-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NOS.  02-12-00442-CR 

                                                    
     02-12-00443-CR

 

 


 
 
 Ashton Shaun McCarty
 a/k/a  Ashton Shawn McCarty
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE 
 
 


 

 

------------

 

FROM THE 355th
District Court OF Hood COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered appellant’s “Motion To Dismiss.”  The motion complies with rule
42.2(a) of the rules of appellate procedure.  See Tex. R. App. P. 42.2(a).  No decision of this
court having been delivered before we received this motion, we grant the motion
and dismiss the appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).  We further grant appellant’s
unopposed request to accelerate the issuance of mandate.  See Tex. R.
App. P. 18.1(c).  The mandate will issue
immediately.  See id. 

 

PER
CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED:  January 17, 2013








 









[1]See Tex. R. App. P. 47.4.